**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jofaz Transportation, Inc. and Y&M Transport Corp., <br><br> Plaintiffs, <br><br> v. <br><br> Local 854 Pension Fund, <br><br> Defendant. | Case No. 7:22-cv-3455-CS-VR <br><br> **JOINT STIPULATION TO STAY LAWSUIT** |

WHEREAS:

1. Plaintiffs Jofaz Transportation, Inc. and Y&M Transport Corp. filed the Complaint in the above-captioned action on April 28, 2022 (ECF No. 1);

2. Defendant Local 854 Pension Fund is currently defending another case, *Mar-Can Trans. Co. Inc. v. Local 854 Pension Fund*, No. 20-cv-8743-CS-VR (S.D.N.Y.) ("*Mar-Can*"), which involves similar legal and factual issues;

3. In recognition of those similarities, during a status conference before Magistrate Judge Davison, the parties committed to meet-and-confer after summary judgment briefing was completed in *Mar-Can*, and advise the Court of their positions as to whether to request a stay of discovery or proceed to expert discovery and summary judgment;

4. By letter dated June 5, 2023 (ECF No. 23), the parties requested that the Court grant them additional time to submit their joint status letter and that case management end dates (*e.g.*, deadlines to complete depositions and fact discovery) be effectively stayed pending the parties' report and recommendation;

5.    By Order dated June 6, 2023 (ECF No. 24), the Court directed the parties to submit a joint status letter with a proposed stipulation for a stay or a proposed updated case management plan by August 4, 2023.

**NOW, THEREFORE, Plaintiffs and Defendant hereby stipulate and agree that: (i) the fact discovery end date, deadline for completing depositions, and expert discovery end date are stayed pending the Court's resolution of the summary judgment motions in the *Mar-Can* action; and (ii) within 30 days thereafter, the parties shall submit a joint status letter to the Court proposing a new case management order.**

By: _____
Jennifer S. Smith

**LAW OFFICES OF JENNIFER SMITH PLLC**
Jennifer S. Smith
165 Broadway, 23rd Floor
New York, NY 10006
Tel.: (347) 342-2213
jsmith@jennifersmithlaw.com

*Counsel for Plaintiffs*

By: _____
Myron D. Rumeld

**PROSKAUER ROSE LLP**
Myron D. Rumeld
Joseph E. Clark
Sydney L. Juliano
Eleven Times Square
New York, NY 10036
Tel.: (212) 969-3000
Fax: (212) 969-2900
mrumeld@proskauer.com
jclark@proskauer.com
sjuliano@proskauer.com

*Counsel for Defendant*

**APPLICATION GRANTED.** The deadlines for fact discovery, completion of depositions, and expert discovery are stayed pending the Court's resolution of the summary judgment motions pending in *Mar-Can Transp. Co. v. Loc. 854 Pension Fund*, S.D.N.Y. 20-cv-8743. The parties are directed to submit a joint status letter and a revised proposed case management plan within 30 days after the Court's summary judgment decision in *Mar-Can*.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: August 4, 2023