```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Jofaz Transportation Inc., Y&M Transport Corp.,

                               Plaintiffs,

            -against-

Local 854 Pension Fund,

                               Defendant.
------------------------------------------------------------------X

7:22-cv-3455-CS-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

       On August 4, 2023, discovery in this action was stayed pending completion of summary judgment briefing in *Mar-Can Transportation Co. v. Local 854 Pension Fund*, S.D.N.Y. 20-cv-8743. (ECF No. 27). The Court directed the parties to submit a joint status letter within 30 days after the Court's summary judgment decision in *Mar-Can* issued. On March 22, 2024, the Court resolved the summary judgment motion in *Mar-Can*. *See Mar-Can Transp. Co. v. Loc. 854 Pension Fund*, No. 20-cv-8743, 2024 WL 1250716 (S.D.N.Y. Mar. 22, 2024). In light of the *Mar-Can* decision, the parties are directed to submit a joint letter, by no later than April 22, 2024, providing the Court with an update on the status of this action.

       **SO ORDERED.**

DATED:     White Plains, New York
                April 9, 2024

                                                         */s/ Victoria Reznik*
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge