UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jofaz Transportation Inc. et al,

                           Plaintiff(s),

                v.

Local 854 Pension Fund,

                           Defendant(s).
------------------------------------------------------------X

**JUDGMENT**

7:22-CV-03455 (CS) (VR)

It is hereby **ORDERED, ADJUDGED AND DECREED:** as set forth in ECF Nos. 32 and 42, Judgment is hereby entered for Plaintiffs on their claims under 29 U.S.C. § 1415 requiring Defendant to transfer pension assets and liabilities (to the extent it has not already done so); to calculate the corresponding reduction in Plaintiffs' withdrawal liability (which by operation of law will require Defendant to refund to Plaintiffs any overpayment), and to provide Plaintiffs, within fourteen (14) days, an accounting of their withdrawal liability overpayments, and the calculated interest using the applicable rates.

DATED: White Plains, New York
              August 21, 2024

DANNY ORTIZ
_____
Acting Clerk of Court

So Ordered:

*Cathy Seibel*
_____
U.S.D.J.

BY: _____
Deputy Clerk